**FILED**
May 13, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
ROBERT VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>Wendell MOTON, Donnie HICKS and McCael MARSHALL | CASE NO. **1:24-mj-00057-SAB**<br><br>**UNDER SEAL**<br><br>SEALING ORDER |

Good cause appearing, IT IS HEREBY ORDERED that the file in the above-captioned matter shall be SEALED until otherwise ordered by the Court upon arrest of the defendants.

DATED: ~~May~~ **May 10, 2024**

_____
Hon. Stanley A. Boone
United States Magistrate Judge

ORDER SEALING APPLICATION FOR
PEN REGISTER AND DISCLOSURE           1