**FILED**
May 16, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WENDELL MOTON, et al.<br><br>        Defendants. | CASE NO.  1:24-MJ-000057-SAB<br><br>ORDER UNSEALING COMPLAINT |

   The United States having applied to this Court for a complaint and arrest warrants in the above-captioned proceedings and having applied for the complaint and warrants to remain under seal in order to prevent the destruction of evidence and flight of the target of the investigation, and the arrest warrants now having been executed and the need for sealing has ceased;

   IT IS ORDERED that the complaint and arrest warrants filed in the above-entitled matter shall be unsealed.

 Dated:  May 16, 2024

_____
HON. BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE

Order Unsealing Complaint and Arrest Warrant

1