PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-MJ-00057-SAB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| WENDELL MOTON, | DATE: May 31, 2024 |
| Defendant. | TIME: 2:00 p.m. |

This case is set for a preliminary hearing on May 31, 2024. The parties agree and stipulate to continue the preliminary hearing until June 6, 2024, to accommodate the schedule of counsel and keep co-defendants together.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on May 31, 2024.

2. By this stipulation, defendant now moves to continue the preliminary hearing until **June 6, 2024, at 2:00 p.m.** and to exclude time between May 31, 2024, and June 6, 2024.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defendant's co-defendants' preliminary hearings are set on June 6, 2024, due to scheduling availability issues.

    b)  The government represents that discovery consists of reports, and that an initial dissemination of discovery will be provided to defense between now and the preliminary hearing date.

    c)  Should the case proceed to preliminary hearing, there would be an unnecessary duplication of witnesses and court time to conduct hearings on the same offense on two different dates.

    d)  Counsel for defendant desires additional time to consult with their client, conduct further investigation, and discuss charges with the government.

    e)  The defendant does not object to the continuance.

    f)  Pursuant to F.R.Cr.P. 5.1(c) and (d), a preliminary hearing must be held "no later than 14 days after initial appearance if the defendant is in custody," unless the defendant consents and there is a "showing of good cause".  Here, the defendant consents and there is good cause as set forth herein.

    g)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an indictment or trial within the original dates prescribed by the Speedy Trial Act.

    h)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which an indictment must be filed and within which a trial must commence, the time period of May 31, 2024 to June 6, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.

  4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an indictment must be filed and a trial must commence.

  IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  May 21, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ ROBERT L. VENEMAN-HUGHES<br>ROBERT L. VENEMAN-HUGHES<br>Assistant United States Attorney |
| Dated:  May 21, 2024 | /s/ ERIC KERSTEN<br>ERIC KERSTEN<br>Counsel for Defendant<br>WENDELL MOTON |

**ORDER**

Having reviewed the parties Stipulation and proposed findings,

IT IS HEREBY ORDERED that the preliminary hearing scheduled for May 31, 2024 at 2:00 p.m. is continued to June 6, 2024 at 2:00 p.m.  IT IS FURTHER ORDERED that the time between May 31, 2024 and June 6, 2024 is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court with the defendant's consent on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy indictment/trial.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **May 21, 2024**

UNITED STATES MAGISTRATE JUDGE